MEEKER ET AL. *v.* THE BOARD OF COMMISSIONERS OF FOUNTAIN COUNTY ET AL.

From the Fountain Circuit Court.

*W. C. Wilson* and *J. H. Adams,* for appellants.

*S. F. Wood, H. H. Dochterman* and *Nebeker & Cambern,* for appellees.

DOWNEY, C. J.—The question necessary to be decided in this case is the same as that in the case between the same parties, *ante,* p. 31. For the reason given in the opinion in that case, the judgment in this case must be affirmed.

The judgment is affirmed, with costs.